# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:09cv439

| | |
|---|---|
| BHAKTI DRAGOMIR, by her parent Heidi Dragomir, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) SEALED ORDER ) |
| JANA GRIGGS, Director of Special Services of Buncombe County Board of Education, in official and individual capacity, *et. al*. | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER** is before the Court on the Motion for Reconsideration of Sealed Order [Doc. 4] of Heidi Dragomir.

Ms. Dragomir states in this pleading that she and her husband are separated and that he provides no child support to her despite her acknowledgment that he works. She advises that she runs a non-profit organization which has $150 in a checking account but claims that she receives no income from that organization. Ms. Dragomir lives with her parents on a farm and provides the food and other support for farm animals but claims she does not have sufficient funds to pay a filing fee.

This document has not been properly sworn to under oath or penalty of perjury. As a result, it does not supply grounds for reconsideration of the denial of Ms. Dragomir's application to proceed without the prepayment of fees.

Ms. Dragomir is encouraged to consult with an attorney. The complaint purportedly filed on behalf of the minor child contains numerous legal omissions and is unlikely to withstand judicial scrutiny. Although the Court cannot grant the relief sought on this record, Ms. Dragomir is cautioned that the defects contained in the complaint may render it frivolous and subject to summary dismissal. She is, again, encouraged to consult with an attorney.

**IT IS, THEREFORE, ORDERED** that the Motion for Reconsideration of Sealed Order [Doc. 4] of Heidi Dragomir is hereby **DENIED**.

Signed: January 19, 2010

Martin Reidinger
United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants