# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:09cv439

| | |
|---|---|
| B.D.[1], by her parent Heidi Dragomir, <br><br> Plaintiff, <br><br> vs. <br><br> JANA GRIGGS, Director of Special Services of Buncombe County Board of Education, in official and individual capacity, *et. al*. <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on the *pro se* Motion [Doc. 7] of Heidi Dragomir.

In the motion, Ms. Dragomir asks that she be allowed to show a copy of the sealed complaint filed on December 9, 2009 to counsel for Buncombe County Schools. Ms. Dragomir filed a complaint on December 9, 2009 which contains confidential information related to her child. As a result, the document has been sealed and she may not, at this point, disclose it.

---

[1]The caption has been amended to remove the identity of the minor.

Ms. Dragomir may show a copy of this Order to counsel for Buncombe County Schools.  Ms. Dragomir sought leave to proceed in this action without the prepayment of filing fees.  That request has been denied.  Ms. Dragomir has fifteen days within which to make payment.  The result of her failure to make payment will be the automatic dismissal of the action.  If the filing fee is paid, then summons will issue and it will be the responsibility of Ms. Dragomir to effect service on the parties named in the sealed complaint.

**IT IS, THEREFORE, ORDERED** that the *pro se* Motion [Doc. 7] of Heidi Dragomir is hereby **DENIED**; however, Ms. Dragomir may disclose a copy of this Order to counsel for Buncombe County Schools.

Signed: January 28, 2010

Martin Reidinger
United States District Judge