# United States District Court
# For The Western District of North Carolina
# Asheville Division

B.D., by her parent, Heidi Dragomir,

       Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                      1:09cv439

Jana Griggs, et al. ,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2010 Order.

                                   Signed: July 13, 2010

                                   Frank G. Johns, Clerk
                                   United States District Court